No. 74–1436. WHITE ET AL. *v.* SECURITIES AND EXCHANGE COMMISSION. C. A. 2d Cir. Certiorari denied.

No. 74–1437. ROELOFS ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 74–1438. ASSOCIATED ELECTRIC COOPERATIVE, INC. *v.* SECRETARY OF THE INTERIOR ET AL. C. A. D. C. Cir. Certiorari denied.

No. 74–1441. CONTRA COSTA COUNTY WATER DISTRICT *v.* UNITED STATES. Ct. Cl. Certiorari denied.

No. 74–1442. PETERSON *v.* MATHEWS, SECRETARY OF HEALTH, EDUCATION, AND WELFARE, ET AL. C. A. 5th Cir. Certiorari denied.

No. 74–1443. OIL, CHEMICAL & ATOMIC WORKERS INTERNATIONAL UNION, AFL–CIO, ET AL. *v.* DUNLOP, SECRETARY OF LABOR, ET AL. C. A. 3d Cir. Certiorari denied.

No. 74–1447. RAINES *v.* AMERICAN MAIL LINE, LTD. C. A. 9th Cir. Certiorari denied.

No. 74–1448. HARRIS ET AL. *v.* PRESBYTERY OF SOUTHEAST IOWA. Sup. Ct. Iowa. Certiorari denied.

No. 74–1449. HARVEY *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 74–1450. GOELTZ *v.* UNITED STATES; and
No. 74–6571. BRAY ET AL. *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. Reported below: 513 F. 2d 193.